UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MANTIKAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BROGDON PROPERTIES INCORPORATED dba THE MAIN ATTRACTION GENTLEMEN'S CLUB, a California corporation; EUGENE EDICK, an individual; JAIME IGLESIAS, an individual; DOE MANAGERS 1-2; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 21-cv-378 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO ACCEPT SERVICE, SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION, AND STAY MATTER**<br><br>(ECF No. 5) |

Presently before the Court is the Parties' Joint Motion to Accept Service, Submit Plaintiff's Claims to Arbitration, and Stay Matter (ECF No. 5). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated and agreed by the Parties, the Court **ORDERS** that:

1. Defendants Brogdon Properties Incorporated dba The Main Attraction Gentlemen's Club and Eugene Edick have accepted service of process in accordance with Fed. R. Civ. P. 4.

2. Plaintiff's claims **SHALL** be submitted to binding arbitration pursuant to the arbitration agreement;

3. Plaintiff's claims in this Action are **STAYED** pending completion of the above-referenced arbitration proceedings;

4. The Court **SHALL** retain jurisdiction to approve any settlement pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

**IT IS SO ORDERED.**

Dated: April 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge