1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MANTIKAS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> EUGENE EDICK, an individual; JAIME IGLESIAS, an individual; BROGDON PROPERTIES INCORPORATED, a California corporation dba The Main Attraction Gentlemen's Club; DOE MANAGERS 1 THROUGH 3, inclusive; and DOES 4 THROUGH 10, inclusive, <br><br> Defendants. | Case No.:  21-CV-378 JLS (MSB) <br><br> **ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT REGARDING SETTLEMENT** |

On April 8, 2022, the Court granted the Parties' Joint Motion for Approval of FLSA Settlement (ECF No. 11).  The Court directed that the settlement be effectuated in accordance with the Settlement Agreement (the "Agreement," ECF No. 7-2).  The Agreement stated that within three days of the Court granting the Parties' joint motion, Defendants shall deliver the settlement amount.  Agreement ¶ 2(b).  The Agreement further provided that Plaintiff will file a motion for dismissal with prejudice within three days of receipt of the settlement amount.  *Id.* ¶ 2(c).  It has been forty-five days since the Court

granted the Parties' joint motion, but Plaintiff has not filed a motion to dismiss. Accordingly, the Court **ORDERS** the Parties to file <u>within seven (7) days</u> of the electronic docketing of this order either (1) a joint status report regarding the settlement, or (2) a joint motion to dismiss with prejudice.

　　　　**IT IS SO ORDERED.**

Dated:  May 23, 2022

Hon. Janis L. Sammartino
United States District Judge

21-CV-378 JLS (MSB)