UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MANTIKAS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>EUGENE EDICK, an individual; JAIME IGLESIAS, an individual; BROGDON PROPERTIES INCORPORATED, a California corporation dba The Main Attraction Gentlemen's Club; DOE MANAGERS 1 THROUGH 3, inclusive; and DOES 4 THROUGH 10, inclusive,<br><br>  Defendants. | Case No.: 21-CV-378 JLS (MSB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On May 23, 2022, the Court ordered the Parties to show cause why Plaintiff had not timely filed a motion to dismiss this action in accordance with the terms of the Parties' Settlement Agreement (ECF No. 12). The Court ordered the Parties to file a response to the Order to Show Cause within seven (7) days of the electronic docketing of the order by either filing (1) a joint status report regarding the settlement, or (2) a joint motion to dismiss with prejudice. The Parties have failed to respond to the Order to Show Cause.

///

1  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action.  The Clerk of
2  the Court shall close the case.

3      **IT IS SO ORDERED.**

4  Dated:  June 9, 2022

                                                  Hon. Janis L. Sammartino
                                                United States District Judge